**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**TATYANA V. DERMOTT,**

      **Plaintiff,**

**vs.**                                          **Case No.: 2:14-cv-291
JUDGE SMITH
Magistrate Judge King**

**PATRICK R. DONAHOE** *et al.*,

      **Defendants.**

**ORDER**

On August 6, 2014, the United States Magistrate Judge issued a *Report and Recommendation* recommending that this action be dismissed pursuant to Rule 4(m) of the Federal Rules of Civil Procedure for failure to effect timely service of process.  (*See* Doc. 3).  The parties were advised of their right to object to the *Report and Recommendation.*  This matter is now before the Court on Plaintiff Tatyana Dermott's Objections to the *Report and Recommendation*.  (*See* Doc. 4).  The Court will consider the matter *de novo*.  *See* 28 U.S.C. § 636(b)(1);  Fed. R. Civ. P. 72(b)(3).

Plaintiff, in her Objection, requests additional time to complete service of process.  Plaintiff states that service should be perfected no later than August 26, 2014.  However, service was not completed by that date.  The Magistrate Judge ordered Plaintiff to demonstrate effective service of process on all Defendants by September 5, 2014.  (*See* Doc. 5).  However, Plaintiff has failed to comply with this Order.  Accordingly, Plaintiff has failed to complete service of process on Defendants and the Complaint must be dismissed.

For the reasons stated in the *Report and Recommendation*, this Court finds that Plaintiff's objections are without merit and are hereby **OVERRULED**.

The *Report and Recommendation,* Document 3, is **ADOPTED** and **AFFIRMED.** Plaintiffs' Complaint is hereby dismissed pursuant to Rule 4(m) of the Federal Rules of Civil Procedure for failure to effect timely service of process.

The Clerk shall remove Document 3 from the Court's pending motions list.  The Clerk shall terminate this case.

**IT IS SO ORDERED**.

*/s/ George C. Smith*_____
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**

2